USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

*Srinivas Kasi,*
        *Defendant*

ORDER OF REMAND
07 CR 348 (RPP)

---

    IT IS HEREBY ORDERED that the above named defendant is remanded to the custody of the United States Marshal for the Southern District of New York.

Dated: August 1, 2007
New York, New York

_____
Honorable Robert P. Patterson, Jr.
United States District Judge

cc: U.S. Marshals