USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-01-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Robert P. Patterson, Jr. |
| v. | : | Criminal No. S2 07 Cr. 348 (RPP) |
| SRINIVAS KASI, et al. | : | <u>ORDER</u> |

This matter having been opened to the Court upon an application by Paul Condon, Esq., Counsel for defendant, Srinivas Kasi, and the Government, represented by Sharon Frase, Assistant United States Attorney, having no objection, and United States Pretrial Services, represented by Leo Barrios, having given their consent to this application; and the Court and having considered the letter submitted in support of said application, and the like, and for good cause shown,

IT IS on this ____1ST____ . day of November 2007,

**ORDERED** that the special condition of pretrial Electronic Monitoring of defendant Srinivas Kasi be removed; and

It is further **ORDERED** that the remaining conditions of defendant's pretrial release shall remain in full force and effect.

_November 1 2007_
Dated: New York, New York

_[signature]_
HON. ROBERT P. PATTERSON, JR.
United States District Judge