UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Robert P. Patterson, Jr. |
| v. | : | Criminal No. S2 07 Cr. 348 (RPP) |
| SRINIVAS KASI, et al. | : | <u>NOTICE OF MOTION FOR A NEW TRIAL</u> |

TO:   ROBERT P. PATTERSON, JR., S.U.S.D.J.
      UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
      U.S. COURTHOUSE
      500 PEARL STREET, ROOM 2550
      NEW YORK, NEW YORK 10007-1312

      SHARON FRASE, A.U.S.A.
      UNITED STATES ATTORNEY'S OFFICE
      ONE SAINT ANDREW'S PLAZA
      NEW YORK, NEW YORK 10007

PLEASE TAKE NOTICE, that the undersigned attorney Paul Condon, Esq., Counsel for defendant, Srinivas Kasi shall move before the Honorable Robert P. Patterson, Jr., S.U.S.D.J. of the United States District Court, Southern District of New York, at a time and date designated by the Court for an Order pursuant to Federal Rule of Criminal Procedure 33(a), Setting Aside the Verdict and Granting the Defendant a New Trial on the grounds that the Verdicts were prejudicially tainted by the Rebuttal Summation of the Government.

The Defendant relies upon the enclosed Memorandum and respectfully requests the Court set a briefing schedule and return date for the within application.

/s/ Paul Condon

_____
PAUL CONDON, ESQ.
Attorney for Defendant
Srinivas Kasi

Dated: January 17, 2008

**CERTIFICATION OF SERVCICE**

PAUL CONDON, certifies as follows:

1. On this date, I caused the original and one copy of Defendant's Notice of Motion for a New Trial and the accompanying Brief to be served upon

> ROBERT P. PATTERSON, JR., S.U.S.D.J.
> UNITED STATES DISTRICT COURT
> SOUTHERN DISTRICT OF NEW YORK
> U.S. COURTHOUSE
> 500 PEARL STREET, ROOM 2550
> NEW YORK, NEW YORK 10007-1312

2. On this date, I caused a copy of Defendant's Notice of Motion for a New Trial and the accompanying Brief to be served upon Sharon Frase, Assistant United States Attorney, One Saint Andrew's Plaza, New York, New York 10007.

      3.      On this date, I caused a copy of Defendant's Notice of Motion for a New Trial and the accompanying Brief to be served upon Office of the Clerk, United States District Court, Southern District of New York at 500 Pearl Street, New York, New York 10007.

      4.      Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.


/s/ Paul Condon
_____
PAUL CONDON, ESQ.
Attorney for Defendant
Srinivas Kasi

Dated: January 17, 2008