```
                                618
     8188KAS1
 1   UNITED STATES DISTRICT COURT
 1   SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 2
 3   UNITED STATES OF AMERICA,
 3
 4        v.                07 Cr. 348 (RPP)
 4
 5   SRINIVAS KASI,
 5
 6        Defendant.
 6
 7   ------------------------------x
 7
 8                          January 8, 2008
 8                          9:30 a.m.
 9
 9   Before:
10
10               HON. ROBERT P. PATTERSON
11
11                       District Judge
12
12                       APPEARANCES
13
13   MICHAEL J. GARCIA
14        United States Attorney for the
14        Southern District of New York
15   SHARON E. FRASE
15   JONATHAN S. KOLODNER
16        Assistant United States Attorneys
16
17   A. PAUL CONDON
17   KATHLEEN THEURER
18        Attorneys for Defendant
18
19
19   Also present:
20
20        JAMES HIGGINS
21         U.S. Department of Agriculture
21
22
```

23
23
24
25

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

                                    721
     818dkas4              Summation - Mr. Condon
1   that?
2            You have seen and heard all of the testimony.  My
3   client and I appreciate your patience and your focus and your
4   consideration, but we respectfully submit that when you all
5   retire to deliberate and take your time to go through all of
6   the evidence and consider everyone's opinions, you'll reach a
7   truly just conclusion that this case has led us to, which is
8   that my client is not guilty of these charges contained in the
9   Indictment.
10           Thank you.
11           THE COURT:  Thank you, Mr. Condon.
12           Ms. Frase, a short rebuttal.
13           MS. FRASE:  Mr. Condon's right, we have thrown a lot
14  at you over the last week and we're almost done.  I do have --
15  the government does have one last opportunity to talk to you
16  because it is our burden of proof to prove -- it is our burden
17  of proof to prove these charges beyond a reasonable doubt so
18  I'm going to hit a few key points.
19           First, Lokesh Bhat.  Now, Kasi operated two businesses
20  at Akhila, one was illegal, one was legal.  He started both of
21  them.  He profited from both of them.  But he profited more
22  from the illegal one.  That illegal one was the food stamp
23  fraud.
24           Mr. Condon stood up here and he said Mr. Kasi wasn't
25  involved with what was going on at Akhila because he was out by
                  SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

                                                722
    818dkas4              Rebuttal - Ms. Frase
1   2005.  He pointed you to the partnership agreement that
2   Mr. Bhatia had talked about today on the stand.  But you know
3   that is not true.  The agreement with Bhat was a little more
4   than a sham.  And how do you know that?  Bhat may have worked
5   in the store but he didn't run the business like he was
6   supposed to under the terms of the agreement.  Kasi did.
7        Kasi maintained control of all the bank accounts; most
8   importantly, the Valley National Bank account.  That's where
9   all the EBT transfers went in, all the way up through 2007.
10  Look at those records, which are in evidence.  You'll see, like
11  I said, that they went to Kasi's apartment, that he was the
12  only signatory.
13        But also look at the agreement and what it says about
14  Mr. Bhat's responsibilities for doing things like paying rent
15  and utilities.  Look at the checks that are drawn on the Valley
16  National Bank account in 2006 and I think even in 2007.  Kasi
17  is the one paying rent on these store, paying Con Ed, paying
18  the utility bills, making payments to vendors like P. East
19  Trading and Goya Food.  Puttaramu told you that he reported on
20  the financial operations to Kasi, not Bhat.  Bhat may have
21  tried to fire him on a couple of occasions, but when it came
22  back to coming back to the store, he went to Kasi and every
23  night he gave a rundown of the day's accountings to Kasi.  What
24  did Kasi do the next morning?  He gave Puttaramu money to run
25  the business.
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

818dkas4              Rebuttal - Ms. Frase

1          Now, if you have any doubt that this supposed business
2     arrangement where Kasi washed his hands of Akhila is false,
3     look at Government Exhibit 53, which is the letter that Kasi
4     had his attorney send to Bhat in July of '07.  This letter
5     shows that the agreement, the stock purchase agreement, was not
6     for real, the additional agreement that they entered into.
7          In the letter -- and you'll have a chance to read this
8     when you deliberate -- Kasi, through his attorney, complains
9     about payments of $3,000 a month that Bhat was supposed to pay
10    to him.  But he can't be serious, right, because Kasi
11    controlled the bank accounts into which all the money for the
12    business went?  So how could Bhat pay Kasi $3,000 a month?
13         And Puttaramu was Kasi's right-hand man.  He was
14    taking the left over cash out of the till at the end of every
15    day, 1 or $2,000 I think he said, bringing it home, settling
16    the account to Kasi, bringing the money back together.  They
17    lived together, after all.
18         Why did he complain to Bhat about this, after all this
19    time in July of 2007?  That was only after Bhat and Puttaramu
20    had been arrested, which Puttaramu told you was in April of
21    2007.
22         Ladies and gentlemen, this letter is designed to make
23    sure that someone thinks that Kasi didn't know what was going
24    on.  But you can see through this letter and you can see
25    through the agreement.

                                                  724
    818dkas4              Rebuttal - Ms. Frase
1        As I mentioned, the same is true of the bank records.
2   They tell the real story.  Look at the signatures on the checks
3   and on the account opening documents, 18A, 16A, etc.  The
4   account opening documents for the bank accounts were all
5   labeled with the same numbers as the accounts but with an A
6   afterwards.  You don't need anyone to tell you when you look at
7   Kasi's signature, that is his.  It is very unique.  It has the
8   K and the S and it is kind of self-contained little initials.
9   Very distinctive.  Puttaramu said he saw him sign it all the
10  time, almost every day.
11       So how do we know Puttaramu wasn't taking cash out?
12  After all, he was allowed to go to Valley National, he had the
13  Citibank card to make transfers.  Well, you know, because,
14  again, Kasi got all the bank statements at his house, and
15  Puttaramu testified that he kept a tight rein on the finances.
16  He had to bring that notebook.  He had to show him where every
17  dollar went, and Kasi would have noticed if something was
18  missing.  But forget the notebook, if Puttaramu had drawn a
19  check on cash from Valley National Bank or some money was
20  missing at the end of the day, he was answerable for it.
21       And Kasi would have stopped Puttaramu from going to
22  the bank or taking responsibility for carrying cash to and from
23  the apartment and, as Puttaramu told you, that never happened.
24       Instead, Kasi was writing checks every day, or, I'm
25  sorry, twice a week in the first early part of the month when
                  SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

                                        725
    818dkas4            Rebuttal - Ms. Frase
1   the food stamp business was really cooking, when they ran out
2   of money in the middle of the day, Kasi was writing checks and
3   walking with Puttaramu to the bank and handing over cash.
4   Don't you think if he didn't know what was going on, he would
5   be asking some questions like what's this money for, or, boy,
6   you guys really should slow down, I don't even know what you're
7   spending this money on?  I mean, after all, it's his money.
8   But he doesn't do that, and he doesn't do that because he knows
9   exactly what the money is for.
10           And Kasi and Puttaramu don't need to discuss over the
11  phone, and Lokesh and Kasi don't need to discuss over the phone
12  why Puttaramu was coming downtown to midtown to pick Kasi and a
13  check up and go get cash.  They don't need to discuss it
14  because the fraud started, like we showed, back in 2004, and
15  Kasi knew what it was for.  So of course they are not going to
16  have discussions over the phone.  They're going to give him a
17  number, tell him what they need for that day, and go and get
18  it.
19           Ladies and gentlemen, let's take a look at the big
20  picture here.  Who stood to benefit from this fraud?  Kasi.  He
21  controlled the purse strings so he stood to make the money.
22           And why did the business grow the way it did from '04
23  to '07?  As I said earlier, he started the fraudulent business.
24  It started out small in 2004.  Kasi stepped back from the
25  business, yes, at the time where it really began to take off,
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

                                         726
    818dkas4              Rebuttal - Ms. Frase
1   but he kept his hand in the profits.  And if you think about
2   it, your common sense tells you, pretty smart.  Bring in
3   someone else to do the illegal transactions at the counter but
4   continue to benefit by retaining control over the money.
5            So it makes sense that Kasi stood to benefit from the
6   fraud.  But, more importantly, if Puttaramu and Bhat are acting
7   on their own, where is the financial benefit to them?  They're
8   supposedly stealing money while they're working at the store
9   that they can't get their hands on.  Why is that?  Because they
10  hand $70 to the customer.  They don't have enough to then
11  pocket another $30.  They don't even have enough to cover the
12  70 out of every hundred dollars they hand to the customer.  So
13  that $70, the $30 commission and whatever the legitimate food
14  sales run, that's getting deposited into Valley National Bank.
15  Yes, Lotto customers are coming in with cash, but they have to
16  hand that cash out in the form of the payments to the food
17  stamp recipients.
18           The only people who can really withdraw money out of
19  that bank account without any involvement from anyone else are
20  Kasi.  And, of course, Puttaramu, who lives at Kasi's house, is
21  in the United States illegally, he has nowhere to turn, he's
22  depended on Kasi for his livelihood, his food, his room, his
23  board, and basically goes to and from the house every day and
24  doesn't have a lot of options outside of doing what Kasi says.
25           Now, again, Lokesh's name, Lokesh Bhat's name appears
                   SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

                                        727
      818dkas4              Rebuttal - Ms. Frase
 1   nowhere on any of the Valley National Bank checks, certainly
 2   not his signature, but you should look through all of those
 3   checks and see where any payments to Lokesh are.
 4           Now, you do know what the costs of goods sold and what
 5   the expenses of the store were.  You can put together a rough
 6   cash flow, financial picture of what was happening at Akhila.
 7   You know because of the information that Kasi provided his
 8   accountant in 2005 and in 2006.  He was giving his accountant
 9   this information as late as September 2006.  This was long
10   after the supposed stock purchase agreement where he had turned
11   things over.  He was at the store.  Covington did go and he saw
12   him at the store.
13           Was he there every day?  No.  Puttaramu told you he
14   wasn't there every day.  Was he there on weekends relieving
15   him?  Yes.  Were food stamp fraudulent transactions happening
16   on weekends at Akhila?  Absolutely.  The EBT records establish
17   it and prove it.
18           Now, Puttaramu, let's look at the ways that he's
19   corroborated.  You don't have to rely entirely on Puttaramu's
20   testimony in this case, but you certainly can rely on it
21   definitely to the extent that other fact in the case show you
22   that what he was saying is true.
23           Now, Covington is someone who corroborates Puttaramu.
24   He has no ax to grind and he might not have been the best
25   accountant in the world, the way he would just drop numbers
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300

818dkas4                Rebuttal - Ms. Frase

1  into tax returns and not ask Kasi any questions or ask for any
2  underlying documentation or, later on, when he did ask for it
3  but didn't get it, still continue to file returns, OK, fine,
4  he's not the best accountant.  But you know, he -- and that
5  explains the audit, by the way.  But he has no reason to lie.
6         And when he says -- when Puttaramu says Kasi controls
7  the finances and Covington says I went to Kasi for all this
8  information, you know that that corroborates Puttaramu.  Again,
9  Covington, in October 2006, September/October 2006 get all the
10 financials for the tax returns from Kasi.  When he goes looking
11 for information from Lokesh Bhat, he comes up short.  What does
12 he do?  He goes back to Kasi.  What does Kasi do?  I don't
13 know, Go ask Lokesh.  I mean, of course, of course, at this
14 point he want to be as divorced from the business as possible
15 while still getting the benefit of the frauds -- of the fraud,
16 excuse me.
17        Finally, look at Preston Mears.  Talk about someone
18 with no connection to this case.  He tells you, here are the
19 common ways in my dozens of years of experience that we
20 identify fraud that's happening at the store and he named I
21 think four or five.  But particularly, the split transactions,
22 with the time between the transactions, the whole dollar
23 amounts.  You know, food purchases at stores are like 3.99 or
24 4.29, they rarely add up to a whole dollar amount.  He said he
25 found all of these fraudulent matters in Akhila's records, and

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

                                          729
      818dkas4              Rebuttal - Ms. Frase
 1   he described the ways in which people will attempt to conceal
 2   transactions.
 3            What did Puttaramu tell you that they did at the
 4   store?  They split the transactions up to make them smaller to
 5   avoid detection.  Look through the records, pick some records
 6   up from 2006/2007.  They were the ones that I kept trying to
 7   pull out of that brown box.  You'll see zeros all over the
 8   place, just whole dollar amounts.  150 followed by 150.  You'll
 9   see the numbers, account numbers of the same person using the
10   same card two transactions in a row in an amount that totals
11   more than $100.  Preston Mears told you what that means, and it
12   corroborates Puttaramu.
13            Yes, is Puttaramu trying to get a better deal?
14   Absolutely.  The government sometimes has to rely on witnesses
15   who were inside, have an inside job in the fraud because they
16   know what happened.  That's part of our evidence of the story
17   of the fraud.  But it's not entirely all of the government's
18   evidence.
19            And we submit to you that one final thing you should
20   look at in considering whether or not Mr. Kasi was acting
21   throughout this whole time with knowledge of exactly what was
22   going on and that he was directing it, we would submit that you
23   look at the Commerce Bank records.
24            April 13th, the day after Puttaramu and Bhat are
25   arrested, what does Mr. Kasi do?  He wires $46,000 to his
                   SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

                                     730
      818dkas4              Rebuttal - Ms. Frase
1    wife's account in India, having at least, according to the
2    records that you have from Commerce Bank, Valley National and
3    all the other bank accounts he controls, having never done
4    anything like that before, although he did send money overseas.
5    He sent $46,000 to India the day after his employees were
6    arrested.  What does that tell you about how nervous about Kasi
7    is about whether he's next?
8         Ladies and gentlemen, we submit to you that the
9    evidence in this case is overwhelming, that the man sitting at
10   this table was the orchestrator, the architect, the leader, and
11   the perpetrator of this fraud.  Yes, Mr. Bhat and Puttaramu
12   were involved.  This man benefited the most, and he's guilty of
13   the charges in the Indictment.
14        Thank you.
15        THE COURT:  Thank you, Ms. Phrase.
16        MR. CONDON:  May I be heard at the sidebar, your
17   Honor?
18        THE COURT:  Yes, you may.
19        (Continued on next page)
20
21
22
23
24
25
                    SOUTHERN DISTRICT REPORTERS, P.C.
                             (212) 805-0300

Case 1:07-cr-00348-RPP    Document 37-2    Filed 01/22/2008    Page 13 of 13