U.S. Department of Justice



United States Attorney
Southern District of New York

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

RECEIVED FEB 21 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

February 21, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

Honorable Robert P. Patterson
United States Courthouse
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Re: Raveendra Puttaramu, et al.,
S2 07 Cr. 348 (RPP)

Dear Judge Patterson:

Enclosed please find two courtesy copies of the Government's Memorandum of Law in Opposition to the Defendant's Motion for a New Trial, which was served yesterday and filed via ECF.

The Government respectfully requests permission to file this response out of time. On February 20, 2008, I contacted Paul Condon, attorney for the defendant Srinivas Kasi, with this request, and was informed that Mr. Condon does not oppose the Government's request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Sharon Frase
Assistant United States Attorney
Telephone: (212) 637-2329

*Application granted.
So ordered.
[signature] RT Patterson
USDJ
2/21/08*