

## LAW OFFICE OF
# PAUL CONDON, ESQ.
*33-41 Newark Street, Suite 4A*
*Hoboken, New Jersey 07030*

PAUL CONDON ◊ *
KATHLEEN M. THEURER

Phone   (201) 659-6133
Fax     (201) 659-6607

◊ Certified by the New Jersey Supreme
Court as a Criminal Trial Attorney
* Also admitted in NY

Email   paulcondon@optonline.net

**VIA FACSIMILE**



April 30, 2008

Honorable Robert P. Patterson, Jr., S.U.S.D.J.
United States District Court
United States  Courthouse
Room 2550
500 Pearl Street
New York, New York 10007-1312

RE:   **United States v. Srinivas Kasi**
      **Docket No.: S2 07 Cr. 348 (RPP)**

Dear Judge Patterson:

        The sentence in the above referenced matter is presently scheduled for Wednesday, May 7, 2008. I have been engaged in a protracted trial in state court which only completed last week. As a consequence, I have not had the opportunity to fully prepare the responses to probation and prepare a sentencing submission on behalf of Mr. Kasi. As the Court is aware, the within matter was a trial and the sentencing involves significant issues of loss calculation, role as well as issues related to mitigation. Accordingly, I respectfully request an adjournment of the sentence for two weeks to permit me to thoroughly address the matters raised herein. I have spoken with your deputy clerk who has advised that May 22, 2008 would be available for the matter. I have spoken with Ms. Frase of the United States Attorney's Office who has given her consent to this request.

-1-

*Application granted.*
*Sentencing adjourned to*
*5/22/8 at 4 P.M.*
*So ordered.*
*4/30/08    [signature]*

Thank you for your courtesies with respect to this request.

Respectfully submitted,

PAUL CONDON, ESQ.
Attorney for Defendant
Srinivas Kasi


cc:      Sharon Frase, A.U.S.A., via Fax
         Dawn Doino, U.S. Probation