MAY-29-2008 17:27



U.S. Department of Justice

United States Attorney
Southern District of New York



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 29, 2007

**BY FACSIMILE**
The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

**MEMO ENDORSED**

Re: <u>United States</u> v. <u>Raveendra Puttaramu</u> et al.,
S2 07 Cr. 348 03 (RPP)

Dear Judge Patterson:

At the May 22, 2008 sentencing proceeding of Srinivas Kasi, a defendant in the above-captioned case, the Court directed the parties to submit certain additional sentencing materials by this Friday, May 30, 2008, and adjourned the sentencing until June 16, 2008. Since appearing before Your Honor, counsel for the Government and Mr. Kasi have discussed the possibility of stipulating to certain sentencing matters that are currently in dispute. To facilitate these discussions, which ultimately may help reduce the volume of the supplemental sentencing submissions, the parties jointly request a brief extension of time, until Monday, June 2, 2008, in which to make their submissions.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Sharon E. Frase
Assistant United States Attorney
Tel. No.: (212) 637-2329

cc: Paul Condon, Esq. (by email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

Application granted
So ordered
Robert P. Patterson
5/29/08

TOTAL P.002