```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

Srinivas Kasi,
      Defendant.

ORDER OF REMAND

(S2) 07 CR 348 (RPP)

---

    **IT IS HEREBY ORDERED** that the above named defendant is remanded to the custody of the United States Marshal for the Southern District of New York. The defendant has expressed suicidal ideations. He is taking prescriptions for Diltiazem and nitroglycerin for hypertensions, also Ambien and Nabumetone.

Dated: June 16, 2008
New York, New York

                                          _____
                                          Honorable Robert P. Patterson, Jr.
                                          United States District Judge

cc: U.S. Marshals