**PRO SE OFFICE**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA           :

       v.                                                             :   Criminal No. S2 07 Cr. 348 (RPP)

SRINIVAS KASI, et al.                        :   **NOTICE OF APPEAL**


TO:    OFFICE OF THE CLERK
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK
         U.S. COURTHOUSE
         500 PEARL STREET,
         NEW YORK, NEW YORK 10007-1312

       PLEASE TAKE NOTICE, that the undersigned, SRINIVAS KASI, hereby serves notice of his intent to appeal his conviction and sentence entered in the above captioned matter.

_____
SRINIVAS KASI     06·16·08
Dated: