Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
United States District Court

_Southern_ District of _New York_



United States
v.
Srinivas Kasi

Docket No.: S2 07 Cr. 348 (RPP)

Robert P. Patterson Jr
(District Court Judge)

Notice is hereby given that _Srinivas Kasi_ appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ], _of conviction after trial_
(specify)

entered in this action on _6/17/08_
(date)

Offense occurred after November 1, 1987   Yes [✓]   No [ ]

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction and Sentence [✓]

Date TO _6/27/08_

_Paul Condon Esq._
(Counsel for Appellant)

Address _33-41 Newark Street Suite 4A_
_Hoboken NJ 07030_

Telephone Number: _201 659-6133_

ADD ADDITIONAL PAGE (IF NECESSARY).

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER  ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |

[ ] I am ordering a transcript
[✓] I am not ordering a transcript
Reason
[ ] Daily copy is available
[ ] U.S. Attorney has placed order
[✓] Other. Attach explanation

Prepare transcript of
[ ] Prepare proceedings _____ Dates
[ ] Trial _____
[ ] Sentencing _____
[ ] Post-trial proceedings _____

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment [✓] Funds [ ]   CJA Form 24 [ ]

ATTORNEY'S SIGNATURE _Paul C_   DATE _6/27/08_

▶ COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05