


**LAW OFFICE OF
PAUL CONDON, ESQ.**
33-41 Newark Street, Suite 4A
Hoboken, New Jersey 07030

PAUL CONDON ◊ *
KATHLEEN M. THEURER

◊ Certified by the New Jersey Supreme
Court as a Criminal Trial Attorney
* Also admitted in NY

Phone  (201) 659-6133
Fax    (201) 659-6607

Email  paulcondon@optonline.net

July 24, 2008

Honorable Robert P. Patterson
United States District Court
For the Southern District of New York
United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

**MEMO ENDORSED**

    Re:  **United States v. Srinivas Kasi et al.,**
          S2 07 Cr. 348 (RPP)

Your Honor:

    As a condition of Mr. Kasi's pretrial release in the above referenced matter, the Defendant surrendered his passport to Pretrial Services. After a jury trial before Your Honor Mr. Kasi was convicted of all criminal charges and subsequently sentenced by Your Honor to a custodial term. Mr. Kasi is currently serving this custodial sentence.

    Recently this office contacted Pretrial Services and requested the release of Defendant's passport. We were advised release of the surrendered passport required a court order from Your Honor. As a result we enclose a proposed order which would authorize Pretrial Services to release Mr. Kasi's passport. We believe this release is appropriate as Mr. Kasi is no longer on pretrial release, but instead has been convicted and sentenced to a custodial term which he is now serving. As a result, the risk of flight associated with the release of Mr. Kasi's passport no longer exits.

    Thank you for your attention to this matter.

Respectfully submitted,

*Paul Condon*

Paul Condon, Esq.

*application granted
Robert P Patterson USDJ
7/24/08*