```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| *UNITED STATES OF AMERICA* | : | CRIMINAL ACTION |
| | : | |
| | : | DOCKET NO.: S2 07 CR 348-03(RPP) |
| vs. | : | |
| | : | |
| | : | ORDER RELEASING PASSPORT |
| *SRINIVAS KASI,* | : | |
| *Defendant.* | : | |

    This matter having been opened to the Court upon an application by Paul Condon, Esq., appearing for Defendant Srinivas Kasi, for an Order authorizing Pretrial Services to release the passport of Mr. Srinivas Kasi, which he surrendered to Pretrial Services as a condition of pretrial release. As Defendant has now been convicted and sentenced to a custodial term and for good and sufficient cause shown;

    It is on this __24th__ day of July, 2008;

    **ORDERED**, that Pretrial Services is hereby authorized to release the passport of Mr. Srinivas Kasi *to his attorney Paul Condon Esq.* RPP

_____
HONORABLE ROBERT P. PATTERSON, S.J.D.C.