```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08
```



**LAW OFFICE OF**
**PAUL CONDON, ESQ.**
*33-41 Newark Street, Suite 4A*
*Hoboken, New Jersey 07030*

PAUL CONDON ◊*
KATHLEEN M. THEURER

◊ *Certified by the New Jersey Supreme Court as a Criminal Trial Attorney*
\* *Also admitted in NY*

Phone (201) 659-6133
Fax     (201) 659-6607

Email  paulcondon@optonline.net

July 21, 2008

Honorable Robert P. Patterson
United States District Court
For the Southern District of New York
United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

## MEMO ENDORSED

Re:  **United States v. Srinivas Kasi et al.,**
     **S2 07 Cr. 348 (RPP)**

Your Honor:

Enclosed please find our request to the Bureau of Prisons that the above referenced defendant be placed at the B.O.P.'s Ottisville, New York facility to serve custodial sentence to which he was sentenced on June 17, 2008 by Your Honor. We have since been informed that these requests are handled by the Designation and Sentence Computation Center in Grand Prairie, Texas and our request was forwarded to that office.

Mr. Kasi believes Your Honor's support of this recommendation would carry much weight in Mr. Kasi's assignment. As such, we humbly and respectfully request that if so inclined Your Honor would support Mr. Kasi's request to be housed in the Bureau of Prison's Ottisville, New York facility to serve his custodial sentence.

We appreciate your attention to this request.

Respectfully submitted,

*/s/ Paul Condon*
Paul Condon, Esq.

( PLEASE SEE ATTACHED
  MEMO ENDORSEMENT )

*Handwritten endorsement:* Application denied. In deference to the administration of the Bureau of Prisons I do not request specific corrections centers. I do request that Mr. Kasi be housed as near to New York City as possible which would include Otisville. So ordered.
7/24/08  /s/ Robert P. Patterson

(S2) 07 cr 348 (RPP)

USA v. KASI

Memo Endorsement reads:

Application Denied.

In deference to the administration of the Bureau of Prisons, I do not request specific correction centers. I did request that Mr. Kasi be housed as near to New York City as possible which would include Otisville.

So ordered.

Robert P. Patterson, Jr.
U.S.D.J.

7/24/08

*LAW OFFICE OF*

# *PAUL CONDON, ESQ.*

*33-41 Newark Street, Suite 4A*
*Hoboken, New Jersey 07030*

PAUL CONDON ◊ *
KATHLEEN M. THEURER

◊ *Certified by the New Jersey Supreme*
*Court as a Criminal Trial Attorney*
* *Also admitted in NY*

Phone  (201) 659-6133
Fax     (201) 659-6607

Email  paulcondon@optonline.net

June 27, 2008

Federal Bureau of Prisons
320 First Street, NW
Washington, D.C. 20534

    Re:  **United States v. Srinivas Kasi et al.,**
          **S2 07 Cr. 348 (RPP)**

Dear Sir/Madam:

    This office represented the above named defendant in a criminal action in the Southern District of New York. He was recently sentenced on June 17, 2008 to a custodial term of 57 months. The judgment of conviction incorporated a request by me to have my client's sentence served in the vicinity of New York City. Inasmuch as my client is sixty-years old, a first time offender and a non-violent offender, I respectfully request that he be placed at the Bureau of Prisons facility at Otisville, New York.

    If I can be of any further assistance, please feel free to contact my office. Thank you for your consideration to this request.

Respectfully submitted,

*[signature]*

PAUL CONDON, ESQ.
Attorney for Defendant
Srinivas Kasi

cc: Northeast Regional Office